UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BARBARA KENNEDY** | **CIV. ACTION NO. 3:21-03854** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LAMB WESTON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted [Doc. No. 21] filed by Defendant Lamb Weston is **GRANTED**, and that Plaintiff Barbara Kennedy's claims are hereby **DISMISSED WITH PREJUDICE**, in their entirety in accordance with FED. R. CIV. P. 12(b)(6).

Monroe, Louisiana, this 9th day of June 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT